UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDLE MEDIA, INC., and THE DISPENSARY, LLC, <br><br>                         Plaintiffs, <br><br>        -against- <br><br> CREATE MUSIC GROUP, INC. and KYLE REILLY, <br><br>                       Defendants. | Case No. 1:24-cv-00805 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

Defendant Reilly's response to Plaintiffs' request for a pre-motion discovery conference was due November 7, 2024.  Dkt. 103.  To date, the Court has received no such response.  The Court therefore considers the request unopposed.  The parties' pre-motion discovery conference shall be held on November 13, 2024 at 10:00 a.m.

Plaintiffs shall serve by email a copy of this order on Defendant Reilly promptly and file a copy of an affidavit of service.  The Court further directs Defendant Reilly to update his address of record within 30 days of this Order.

Dated: November 8, 2024
      New York, New York

                                      SO ORDERED.

                                        *Jennifer Rochon*
                                        JENNIFER L. ROCHON
                                        United States District Judge

1