UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDLE MEDIA, INC. and THE DISPENSARY, LLC,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　-against-<br><br>CREATE MUSIC GROUP, INC. and KYLE REILLY,<br><br>　　　　　　　　　　　Defendants. | Case No. 1:24-cv-00805 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

In light of the Court's Opinion and Order transferring this case to the Central District of California, Dkt. 117, any pending motions are moot and all deadlines are vacated. The Clerk of Court is respectfully directed to close this case.

Dated: December 6, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　*Jennifer Rochon*
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1